JOSEPH PRATT, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

Where a judgment against the accused in a criminal action is reversed by the General Term upon writ of error, solely upon the ground of an irregularity therein, and in the sentence; and the proceedings are remitted to the trial court to pronounce a proper sentence and judgment, error will not lie to this court at the suit of the plaintiff in error below. He must await a final judgment, and for errors other than that upon which he succeeded he must seek his remedy, if any, by another writ of error.

(Submitted December 6, 1876; decided December 19, 1876.)

THIS was a motion to dismiss a writ of error.

Plaintiff in error was indicted and convicted in the Court of Sessions of Jefferson county for maintaining a nuisance in the public highway. The court adjourned to the office of the county judge, and sentence was there pronounced at the adjourned term.

Upon writ of error to the General Term the conviction was reversed and new trial granted, but upon motion of the district attorney the order of reversal was modified so as (instead of

granting a new trial) to direct that the record and proceedings be remitted to the Court of Sessions, to pronounce such judgment and sentence as might be lawful and proper. The order recited that the reversal was upon the ground that the sentence was illegal and void because pronounced at an adjourned day at the office of the county judge; that no other question was discussed or passed upon. To review this order error was brought by the accused. *Held*, as above.

*Watson M. Rogers* for motion.

*Stephen R. Pratt* opposed.

*Per Curiam mem.* for dismissal of writ of error.
All concur.
Writ dismissed.